NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

OUI SAYTHANOM,                     )
                                            )
        Appellant,           )
                                              )
v.                              )       Case No. 2D18-3291
                                              )
STATE OF FLORIDA,         )
                                            )
        Appellee.            )
_____)

Opinion filed May 17, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Oui Saythanom, pro se.

PER CURIAM.

      Affirmed.

CASANUEVA, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.